1446

## RECONSIDERATION OF PRIOR DECISIONS

**2005–0331.  Whitaker v. M.T. Automotive, Inc.**

Summit App. No. 21836, 2004-Ohio-7166. Reported at 111 Ohio St.3d 177, 2006-Ohio-5481, 855 N.E.2d 825. On motion for reconsideration. Motion denied.

O'DONNELL, J., dissents.

O'CONNOR and CUPP, JJ., not participating.

**2005–1828.  Rose v. Garfield Hts.**

Cuyahoga App. Nos. 85420 and 85426, 2005-Ohio-4165. Reported at 111 Ohio St.3d 1209, 2006-Ohio-5698, 855 N.E.2d 1233. On motions for reconsideration of Clarendon National Insurance Company and Ronald and Nikki Rose. Motions denied.

LUNDBERG STRATTON, J., dissents.

CUPP, J., not participating.

**2006–0526.  State ex rel. Russell v. Thornton.**

Wayne App. No. 05CA0082. Reported at 111 Ohio St.3d 409, 2006-Ohio-5858, 856 N.E.2d 966. On motion for reconsideration and motion to strike memorandum of amicus curiae in support of reconsideration. Motion for reconsideration denied. Motion to strike denied as moot.

MOYER, C.J., and PFEIFER, J., dissent.

CUPP, J., not participating.